Nʏᴀᴄᴋ Hᴏsᴘɪᴛᴀʟ, Respondent, v Eɴᴄᴏᴍᴘᴀss Iɴsᴜʀᴀɴᴄᴇ Cᴏᴍ-
ᴘᴀɴʏ, Appellant.

Submitted February 5, 2007; decided March 22, 2007

Motion to dismiss appeal granted and the appeal dismissed as
moot with $400 costs and $100 costs of motion.

Aɴᴛʜᴏɴʏ Pᴀssᴀʟᴀᴄǫᴜᴀ, Appellant, v Sᴛᴀᴛᴇ ᴏғ Nᴇᴡ Yᴏʀᴋ, Re-
spondent.

Submitted January 22, 2007; decided March 22, 2007

Motion for leave to appeal dismissed as untimely (see CPLR
5513 [b]). Motion for poor person relief dismissed as academic.

Tʜᴇ Pᴇᴏᴘʟᴇ ᴏғ ᴛʜᴇ Sᴛᴀᴛᴇ ᴏғ Nᴇᴡ Yᴏʀᴋ, Respondent, v Aᴜɢᴜs-
ᴛɪɴᴇ R. Rɪᴢᴢᴏ, Appellant.

Submitted March 19, 2007; decided March 22, 2007

Motion for an extension of the time within which to apply for
permission to appeal pursuant to CPL 460.20 granted and mo-
tion papers treated as a timely CPL 460.20 application.

Judge Pɪɢᴏᴛᴛ taking no part.

Mᴀʀɢᴀʀɪᴛᴀ Rɪᴠᴇʀᴀ, Respondent, v Kᴀᴛᴛᴇ Aɴɪʟᴇsʜ, D.D.S., et
al., Defendants, and Iɴᴅᴜ Aɴɪʟᴇsʜ, D.D.S., Appellant.

Submitted March 12, 2007; decided March 22, 2007

Motion by New York State Dental Association et al. for leave
to appear amici curiae on the appeal herein granted only to the
extent that the proposed brief is accepted as filed. Two copies of
the brief may be served and 24 copies filed within seven days.